78 P.3d 339

# SUPREME COURT OF HAWAI'I

American Sav. Bank, F.S.B. v. Fernandez ............ 24167    09/23/2003    Vacated and remanded

State v. Roush ................................... 23486    10/02/2003    Vacated and remanded

State v. Aki ...................... 24573    10/20/2003    Denied    102 Hawai'i 457, 77 P.3d 948